USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-795 (SHS)

    -v- :

   ORDER

NICHOLAS FALU, :

          Defendant. :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant having made an application to modify his conditions of bail on the record today,

      IT IS HEREBY ORDERED that the Court grants defendant's request to attend a Christening on Saturday, January 18, 2020, in New York, New York, from 5:30 p.m. to 10:30 p.m.

Dated: New York, New York
       January 15, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.