**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
July 1, 2020

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Nicholas Falu,
       19 Cr 795 (SHS)

Your Honor,

In Reply to the Government's letter, I am sorry I made a mistake it is 311 Howie Avenue in the Bronx. As to the Government's Covid objection, Mr. Falu has been in home confinement thus he has not contracted the virus and no one in his family has either. They plan on practicing correct protocol during the dinner by holding it out doors and wearing masks, thus protecting them from transmitting the virus if anyone happens to be asymptomatic. The family certainly appreciates the risk involved and is going to take all safety protocols.

Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

Respectfully yours,
*David Touger*
David Touger

cc: AUSA Frank Balsamello
    Pre-Trial Services Officer Joshua Rothman

**Application denied.**

Dated: New York, New York
July 2, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.