# PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
July 24, 2020

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Nicholas Falu,
      19 Cr 795 (SHS)

Your Honor,

I am writing on behalf of the defendant, Nicholas Falu who as the Court is aware, has been released on bond under this Court's Order since November of 2019 under the following conditions:

   1- $150,000.00 PRB co-signed by three individuals
   2- Home detention with GPS monitoring
   3- Surrender of Passport
   4- Drug testing
   5- Travel only in the SDNY and EDNY.

Since his release from custody Mr. Falu has fulfilled all of his pre-trial release requirements including graduating from the Court's Focus Forward Program. Mr. Falu would most respectfully request that he be given to attend the baptism of his niece on August 16th between the hours of 3:00PM to 9:00PM. Due to Covid 19 precautions the baptism will be at his brother's home at 25 Lindsey Street in Yonkers. Only immediate family members will be in attendance. His Pre-trial officer Joshua Rothman has no objection to this visit. The Government does oppose this request on the basis that an in-person social gathering is not an appropriate exception during the COVID-19 pandemic. While I understand the Government's

Honorable Sidney H. Stein
July 24, 2020
Page 2 of 2

general objection this is a very small group (10 people all immediate family members) and I am assured all safety precautions will be kept.

Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

                                            Respectfully yours,
                                            *David Touger*
                                            David Touger

cc: AUSA Hobson
    Pre-Trial Services Officer Joshua Rothman

**Application granted.**

Dated:  New York, New York
           July 24, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.