# PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
October 19, 2020                                              MEMO ENDORSED

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     United States v. Nicholas Falu,
        19 Cr 795 (SHS)

Your Honor,

I am writing on behalf of the defendant, Nicholas Falu who as the Court is aware, has been released on bond under this Court's Order since November of 2019 under the following conditions:

   1-$150,000.00 PRB co-signed by three individuals
   2- Home detention with GPS monitoring
   3- Surrender of Passport
   4- Drug testing
   5- Travel only in the SDNY and EDNY.

Since his release from custody Mr. Falu has fulfilled all of his pre-trial release requirements including graduating from the Court's Focus Forward Program. On Friday, October 23rd from 7:00PM to 11:00PM. Mr. Falu would most respectfully request to attend the baptism and reception of his cousin's baby. Mr. Falu is very close to his cousin. The Baptism and reception is located at 2341 Hoffman Street in the Bronx. The gathering has been approved by the local authorities re: Covid and all the proper protocols will be enforced. The Court has approved a number of family events for Mr. Falu to attend and there have been no problems from any of these events. Thus, Mr. Falu would most respectfully request that he be given permission to attend this event. His Pre-trial officer Joshua Rothman and the

Honorable Sidney H. Stein
October 19, 2020
Page 2 of 2

Government do oppose this request on the basis that an in-person family/social gathering is not an appropriate exception during the COVID-19 pandemic or house arrest. This opposition is not specific to Mr. Falu but is an office policy. As previously noted Mr. Falu is in complete compliance with all of his Pre-Trial Supervision rules. While I understand the Government's general objection the family has informed the local authorities and the event has been authorized to occur and as stated all Covid 19 protocols will be strictly enforced. Thus, the threat of spreading the virus is quite minimal if any at all.

Therefore, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

                                                        Respectfully yours,
                                                       *David Touger*
                                                       David Touger

cc: AUSA Hobson
    Pre-Trial Services Officer Joshua Rothman

**Request granted.**

**Dated: New York, New York**
        **October 22, 2020**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.