# PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
February 16, 2021

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Nicholas Falu,
      19 Cr 795 (SHS)

Your Honor,

I am writing on behalf of the defendant, Nicholas Falu who as the Court is aware, has been released on bond under this Court's Order since November of 2019 under the following conditions:

   1-$150,000.00 PRB co-signed by three individuals
   2- Home detention with GPS monitoring
   3- Surrender of Passport
   4- Drug testing
   5- Travel only in the SDNY and EDNY.

Mr. Falu was sentenced by this Court on December 7th to one year and a day.  He is still awaiting designation by the BOP.  I am writing to most respectfully request that the Court allow Mr. Falu to visit his deceased fiancé's grave at the Maple Grove Park Cemetery located at 535 Hudson Street, Hackensack, NJ 07601 on Saturday, February 20th commerating the 7th anniversary of her death and then have dinner with his deceased fiance's family from 12:00pm to 8:00pm.  The Court has approved a number of family events for Mr. Falu to attend and there have been no problems from any of these events.  Thus, Mr. Falu would most respectfully request that he be given

Honorable Sidney H. Stein
February 16, 2021
Page 2 of 2

permission to attend this event.  His Pre-trial officer Joshua Rothman and the Government do oppose this request on the basis that an in-person family/social gathering is not an appropriate exception during the COVID-19 pandemic or house arrest.  This opposition is not specific to Mr. Falu but is an office policy.  As previously noted Mr. Falu is in complete compliance with all of his Pre-Trial Supervision rules.

Therefore, I would respectfully request that the Court grant the above request.  Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

cc: AUSA Hobson
    Pre-Trial Services Officer Joshua Rothman

**Request granted.**

Dated: New York, New York
       **February 19, 2021**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.