# United States Pretrial Services
## Southern District of New York
## MEMORANDUM

**To:** Honorable Sidney H. Stein
United States District Judge

**From:** Joshua A. Rothman
United States Pretrial Services Officer
Intensive Supervision Specialist

**Re:** Nicholas Falu
19 CR 795 - 4

The attached memo was prepared by Pretrial Services Officer:

| **Joshua A. Rothman** | **(212) 805-4339** |
|---|---|
| Name | Phone Number |

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time. *Def is to surrender to BOP on March 21. Any violations before March 21 shall be reported to the Court.*

[ ] Please inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____.
                         Date              Time

[ ] I request that a Bail Review Hearing be conducted by:

   [ ] The presiding Magistrate Judge in courtroom # 5A.

   [ ] The District Court Judge presiding in Part I.

   [ ] Judicial Officer at his/her earliest convenience.

[ ] I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.

SO ORDERED: /s/ Sidney H. Stein                    Date: **March 15, 2021**